# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JACQUELYN WEAVER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 4:13-CV-2112-VEH** |
| ) | |
| **THE NATIONAL BETTER LIVING** ) | |
| **ASSOCIATION, INC., et al,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER DISMISSING DEFENDANT HEALTH LEAD SYSTEMS, INC. WITHOUT PREJUDICE

On March 31, 2014, the court entered the following order:

> It having come to the Court's attention that more than 120 days have elapsed since the filing of this action, and no return of service of process has been filed reflecting service on the Defendant HEALTH LEAD SYSTEMS, INC., it is ORDERED that the Plaintiff show good cause by Friday, April 4, 2014, why this action should not be dismissed as to Defendant HEALTH LEAD SYSTEMS, INC., pursuant to FRCP 4(m).

(Doc. 44 at 1) (capitalization in original) (original bold omitted). On April 4, 2014, the plaintiff responded to the order and asked for a 30 day extension to serve the defendant. (Doc. 47 at 3). On April 9, 2014, the court entered the following margin order:

> The plaintiff seeks an additional 30 days in which to perfect service. The

motion is GRANTED. The plaintiff has until May 10, 2014, to perfect service or this defendant, Health Lead Systems[,] will be DISMISSED without prejudice.

(Margin Order of April 9, 2014) (capitalization in original).

May 10, 2014, was a Saturday, so, pursuant to Rule 6 of the Federal Rules of Civil procedure, the deadline for service was actually Monday, May 12, 2014. Service having still not been completed as of the date of this order, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that defendant Health Lead Systems, Inc. is **DISMISSED without prejudice**.

   **DONE** and **ORDERED** this 13th day of May, 2014.

<br>

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge