# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JACQUELYN WEAVER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 4:13-CV-2112-VEH |
| | ) |
| **THE NATIONAL BETTER LIVING** | ) |
| **ASSOCIATION, INC., et al,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER DISMISSING DEFENDANT INTERNATIONAL MARKETING, ADMINISTRATION AND INSURANCE BROKERAGE CORPORATION OF MASSACHUSETTS WITHOUT PREJUDICE

This case comes before the court on the Notice of Dismissal filed by the plaintiff on June 6, 2014. (Doc. 60). The plaintiff filed the notice pursuant to Rules 21 and 41(a) of the Federal Rules of Civil Procedure. The motion asks that defendant International Marketing, Administration and Insurance Brokerage Corporation of Massachusetts be dismissed without prejudice. A review of the court's file reveals that this defendant has not filed an answer or motion for summary judgment.

Rule 41(a)(1) of the Federal Rules of Civil Procedure states:

    (a) Voluntary Dismissal.

    (1) By the Plaintiff.

  (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

  (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

  (ii) a stipulation of dismissal signed by all parties who have appeared.

  (B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Therefore, pursuant to Rule 41(a)(1), defendant International Marketing, Administration and Insurance Brokerage Corporation of Massachusetts is hereby **DISMISSED**. This dismissal is without prejudice, unless the plaintiff has previously dismissed any federal or state court action based on or including the same claim, in which event this dismissal is with prejudice.

  **DONE** and **ORDERED** this 10th day of June, 2014.

            _/s/ VEHopkins_
            **VIRGINIA EMERSON HOPKINS**
            United States District Judge